UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEJANDRO PAVON, *individually and on behalf of others similarly situated,*

                            *Plaintiffs,*

            -against-

LEONARD A. MOYGER A.K.A LENNY , DIMITRI A. BEYLIS , BROOKLYN BREAD CAFE LLC (D/B/A BROOKLYN BREAD CAFE), SYNERGY UNITED, INC. (D/B/A SYNERGY UNITED, INC.), and MARYANNA PILLAR,

                            *Defendants.*

-------------------------------------------------------------------X

Civil Action No. **1:22-cv-01429**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:    Alfred Polizzotto, Esq.
        **Polizzotto & Polizzotto, LLC**
        6911 18th Avenue
        Brooklyn, NY 11204-5049
        *Attorneys for Defendants*

        PLEASE TAKE NOTICE that Plaintiff ALEJANDRO PAVON hereby accepts the offer of judgment made by Defendants LEONARD A. MOYGER A.K.A LENNY , DIMITRI A. BEYLIS , BROOKLYN BREAD CAFE LLC (D/B/A BROOKLYN BREAD CAFE), SYNERGY UNITED, INC. (D/B/A SYNERGY UNITED, INC.), and MARYANNA PILLAR pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated July 28, 2023. A true copy of the offer of judgment is annexed hereto as <u>Exhibit A</u>.

Dated:  New York, New York
           July 28, 2023

                                                        /s/ Jarret Bodo
                                                        Jarret Bodo
                                                        CSM LEGAL, P.C.
                                                        60 East 42nd Street, Suite 4510

New York, NY 10165
(212) 317-1200
*Attorneys for Plaintiff*