UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEJANDRO PAVON, *individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

LEONARD A. MOYGER A.K.A LENNY, DIMITRI A. BEYLIS, BROOKLYN BREAD CAFE LLC (D/B/A BROOKLYN BREAD CAFE), SYNERGY UNITED, INC. (D/B/A SYNERGY UNITED, INC.), and MARYANNA PILLAR,

                *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:22-cv-01429**

**JUDGMENT**

## **JUDGMENT**

On July 28, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED AND ADJUDGED as follows:

That the Plaintiff, ALEJANDRO PAVON, has judgment against LEONARD A. MOYGER A.K.A LENNY, DIMITRI A. BEYLIS, BROOKLYN BREAD CAFE LLC (D/B/A BROOKLYN BREAD CAFE), SYNERGY UNITED, INC. (D/B/A SYNERGY UNITED, INC.), and MARYANNA PILLAR, jointly and severally, in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), which is inclusive of attorneys' fees and costs.

Dated: August 1, 2023

Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: *Jalitza Poveda*
      Deputy Clerk